Keith Renard HARRIS, Petitioner–
Appellant,

v.

DIRECTOR, VIRGINIA DEPART-
MENT OF CORRECTIONS,
Respondent–Appellee.

Keith Renard Harris, Petitioner–
Appellant,

v.

Director, Virginia Department of
Corrections, Respondent–
Appellee.

Keith Renard Harris, Petitioner–
Appellant,

v.

Director of Virginia Department
of Corrections, Respondent–
Appellee.

Nos. 06–6688, 06–6689, 06–6692.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 29, 2006.

Decided: Nov. 15, 2006.

Keith Renard Harris, Appellant Pro Se.
Robert Francis McDonnell, Attorney Gen-
eral, Michael Thomas Judge, Office of the
Attorney General of Virginia, Richmond,
Virginia, for Appellee.

Before MICHAEL, MOTZ, and KING,
Circuit Judges.

Dismissed by unpublished per curiam
opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM.

Keith Renard Harris seeks to appeal the
district court's orders denying relief on his
28 U.S.C. § 2254 (2000) petitions. The
orders are not appealable unless a circuit
justice or judge issues a certificate of ap-
pealability. 28 U.S.C. § 2253(c)(1) (2000).
A certificate of appealability will not issue
absent "a substantial showing of the denial
of a constitutional right." 28 U.S.C.
§ 2253(c)(2) (2000). A prisoner satisfies
this standard by demonstrating that rea-
sonable jurists would find that any assess-
ment of the constitutional claims by the
district court is debatable or wrong and
that any dispositive procedural ruling by
the district court is likewise debatable.
*Miller–El v. Cockrell,* 537 U.S. 322, 336–
38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003);
*Slack v. McDaniel,* 529 U.S. 473, 484, 120
S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose
v. Lee,* 252 F.3d 676, 683–84 (4th Cir.2001).
We have independently reviewed the rec-
ords and conclude that Harris has not
made the requisite showing. Accordingly,
we deny certificates of appealability and
dismiss the appeals. We also deny Harris'
motion to expand request for certificate of
appealability. We dispense with oral argu-
ment because the facts and legal conten-
tions are adequately presented in the ma-
terials before the court and argument
would not aid the decisional process.

*DISMISSED*